1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111
4  Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
5  E-Mail:     griley@omm.com
               lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California  94025
   Telephone:  (650) 473-2600
9  Facsimile:  (650) 473-2601
   E-Mail:     dfurbush@omm.com
10
   Attorneys for Nominal Defendant
11 APPLE COMPUTER, INC.

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14                     **SAN FRANCISCO DIVISION**

15 PHYLLIS JONES,                               Case No. C 06-05035 PJH

16                Plaintiff,

17        v.                                    **STIPULATION AND [PROPOSED]
                                                ORDER EXTENDING TIME FOR**
   STEVEN P. JOBS, TIMOTHY D. COOK,             **DEFENDANTS TO RESPOND TO**
18 RONALD B. JOHNSON, PETER                     **COMPLAINT**
   OPPENHEIMER, JONATHAN
19 RUBENSTEIN [SIC], AVADIS TEVANIAN,
   JR., FRED D. ANDERSON, MITCHELL
20 MANDICH, WILLIAM V. CAMPBELL,
   MILLARD S. DREXLER, ARTHUR D.
21 LEVINSON, JEROME B. YORK, GARETH
   C.C. CHANG, LAWRENCE J. ELLISON,
22 EDGAR S. CALDERONI, G. FREDERICK
   FORSYTH, DANIEL L. EILERS, and JAMES
23 J. BUCKLEY,

24                Defendants,
          - and -
25
   APPLE COMPUTER, INC.,
26
                  Nominal Defendant.
27

28

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05035 PJH

1  IT IS HEREBY STIPULATED by and between Plaintiff Phyllis Jones and Nominal
2  Defendant Apple Computer, Inc., as follows:
3  WHEREAS, Jones filed her Complaint on August 22, 2006;
4  WHEREAS, counsel are engaged in discussing the possibility of consolidation of this
5  matter with related cases and/or the subsequent filing of a consolidated complaint;
6  WHEREAS, the undersigned parties wish to further judicial efficiency by deferring
7  responsive pleadings until such time as consolidation issues are addressed;
8  NOW, THEREFORE, pursuant to L.R. 6-1, the undersigned parties stipulate as follows:
9  All defendants who have been served to date, and all defendants who shall subsequently
10 accept service and request to be covered by this stipulation, shall have a further extension of time
11 to answer or otherwise respond to 30 days after the filing of a consolidated complaint, _or_ in the
12 event that the Court denies a motion for consolidation, the above-described defendants shall
13 answer or otherwise respond to Jones' Complaint no later than 30 days after such denial.
14 IT IS SO STIPULATED.

16 Dated:  September 1, 2006        GEORGE A. RILEY
                                    DAVID M. FURBUSH
17                                  LUANN L. SIMMONS
                                    O'MELVENY & MYERS LLP
18

19
                                    By:  /s/ Luann L. Simmons
20                                            Luann L. Simmons

21                                  Attorneys for Nominal Defendant
                                    APPLE COMPUTER, INC.
22

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05035 PJH

| | |
|---|---|
| Dated: September 1, 2006 | RONALD LOVITT<br>J. THOMAS HANNAN<br>HENRY I. BORNSTEIN<br>LOVITT & HANNAN, INC.<br><br>LYNN LINCOLN SARKO<br>JULI E. FARRIS<br>ELIZABETH E. LELAND<br>CARI C. LAUFENBERG<br>KELLER ROHRBACK L.L.P.<br><br>By: /s/ Juli E. Farris<br>　　　　　Juli E. Farris<br><br>GARY A. GOTTO<br>KELLER ROHRBACK P.L.C.<br><br>KAREN HANSON RIEBEL<br>LOCKRIDGE GRINDAL NAUEN, PLLP<br><br>Attorneys for Plaintiff<br>PHYLLIS JONES |

### CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Juli Farris.

| | |
|---|---|
| Dated: September 1, 2006 | GEORGE A. RILEY<br>DAVID M. FURBUSH<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP<br><br>By: /s/ Luann L. Simmons<br>　　　　　Luann L. Simmons<br><br>Attorneys for Nominal Defendant<br>APPLE COMPUTER, INC. |

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/5/06

The Hon. Judge Phyllis J. Hamilton
United States District Court
Northern District of California

*IT IS SO ORDERED* [signature] Judge Phyllis J. Hamilton

MP1:987033.1

- 2 -

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. — C 06-05035 PJH