GEORGE A. RILEY (State Bar No. 118304)
LUANN L. SIMMONS (State Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-Mail: griley@omm.com
lsimmons@omm.com

DAVID M. FURBUSH (State Bar No. 83447)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
E-Mail: dfurbush@omm.com

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PHYLLIS JONES,<br><br>               Plaintiff,<br><br>     v.<br><br>STEVEN P. JOBS, TIMOTHY D. COOK, RONALD B. JOHNSON, PETER OPPENHEIMER, JONATHAN RUBENSTEIN [SIC], AVADIS TEVANIAN, JR., FRED D. ANDERSON, MITCHELL MANDICH, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, GARETH C.C. CHANG, LAWRENCE J. ELLISON, EDGAR S. CALDERONI, G. FREDERICK FORSYTH, DANIEL L. EILERS, and JAMES J. BUCKLEY,<br><br>               Defendants,<br>  - and -<br><br>APPLE COMPUTER, INC.,<br><br>               Nominal Defendant. | Case No. C 06-05035 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1      IT IS HEREBY STIPULATED by and between Plaintiff Phyllis Jones and Nominal

2 Defendant Apple Computer, Inc., as follows:

3      WHEREAS, Jones filed her Complaint on August 22, 2006;

4      WHEREAS, counsel are engaged in discussing the possibility of consolidation of this

5 matter with related cases and/or the subsequent filing of a consolidated complaint;

6      WHEREAS, the undersigned parties wish to further judicial efficiency by deferring

7 responsive pleadings until such time as consolidation issues are addressed;

8      NOW, THEREFORE, pursuant to L.R. 6-1, the undersigned parties stipulate as follows:

9      All defendants who have been served to date, and all defendants who shall subsequently

10 accept service and request to be covered by this stipulation, shall have a further extension of time

11 to answer or otherwise respond to 30 days after the filing of a consolidated complaint, *or* in the

12 event that the Court denies a motion for consolidation, the above-described defendants shall

13 answer or otherwise respond to Jones' Complaint no later than 30 days after such denial.

14      IT IS SO STIPULATED.

16 Dated:  September 1, 2006                            GEORGE A. RILEY
                                                                       DAVID M. FURBUSH
                                                                       LUANN L. SIMMONS
                                                                       O'MELVENY & MYERS LLP

                                                                       By:  /s/ Luann L. Simmons
                                                                               Luann L. Simmons

                                                                       Attorneys for Nominal Defendant
                                                                       APPLE COMPUTER, INC.

| | | |
|---|---|---|
| 1 | Dated: September 1, 2006 | RONALD LOVITT |
| 2 | | J. THOMAS HANNAN |
| | | HENRY I. BORNSTEIN |
| 3 | | LOVITT & HANNAN, INC. |

LYNN LINCOLN SARKO
JULI E. FARRIS
ELIZABETH E. LELAND
CARI C. LAUFENBERG
KELLER ROHRBACK L.L.P.

By:  /s/ Juli E. Farris
               Juli E. Farris

GARY A. GOTTO
KELLER ROHRBACK P.L.C.

KAREN HANSON RIEBEL
LOCKRIDGE GRINDAL NAUEN, PLLP

Attorneys for Plaintiff
PHYLLIS JONES

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Juli Farris.

Dated:  September 1, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By:  /s/ Luann L. Simmons
               Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  9/5/06

The Honorable Judge Phyllis J. Hamilton
United States District Court

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

MP1:987033.1

- 2 -