\*\*E-filed 10/13/06\*\*

1  JOSEPH W. COTCHETT (# 36324)
   jcotchett@cpsmlaw.com
2  BRUCE L. SIMON (#96241)
   bsimon@cpsmlaw.com
3  PHILIP L. GREGORY (#95217)
   pgregory@cpsmlaw.com
4  MARK C. MOLUMPHY (#168009)
   mmolumphy@cpsmlaw.com
5  ESTHER L. KLISURA (#221171)
   eklisura@cpsmlaw.com
6  **COTCHETT, PITRE, SIMON & McCARTHY**
   San Francisco Airport Office Center
7  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
8  Telephone: (650) 697-6000
   Facsimile: (650) 692-3606

Attorneys for Plaintiff Kelley Bergman
Derivatively on Behalf of Apple Computer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS KARANT, et al.,<br>Derivatively on Behalf of Nominal Defendant<br>APPLE COMPUTER, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>STEVEN P. JOBS, et al.,<br><br>                    Defendants,<br><br>     -and-<br><br>APPLE COMPUTER, INC.,<br><br>                    Nominal Defendant. | Case No. C-06-04128-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER (1) CONSOLIDATING CASES, (2) SETTING SCHEDULE FOR CONSOLIDATED COMPLAINT, AND (3) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

[Caption continued on following page]

| | | |
|---|---|---|
| 1 | DOUGLAS HOLBERT, Derivatively on Behalf of APPLE COMPUTER, INC., ) | No. C-06-04454-JF |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | FRED D. ANDERSON, et al., ) ) | |
| 6 | Defendants, ) ) | |
| 7 | -and- ) ) | |
| 8 | APPLE COMPUTER, INC., ) ) | |
| 9 | Nominal Defendant. ) ) | |
| 10 | PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of APPLE COMPUTER, INC., ) ) ) ) | No. C-06-04493-JF |
| 11 | ) | |
| 12 | Plaintiff, ) ) | |
| 13 | vs. ) ) | |
| 14 | FRED D. ANDERSON, et al. ) ) | |
| 15 | Defendants, ) ) | |
| 16 | -and- ) ) | |
| 17 | APPLE COMPUTER, INC., ) ) | |
| 18 | Nominal Defendant. ) ) | |
| 19 | JEFFREY ALECCI, Derivatively on Behalf of APPLE COMPUTER, INC., ) ) | No. C-06-04649-JF |
| 20 | ) | |
| 21 | Plaintiff, ) ) | |
| 22 | vs. ) ) | |
| 23 | FRED D. ANDERSON, et al., ) ) | |
| 24 | Defendant, ) ) | |
| 25 | -and- ) ) | |
| 26 | APPLE COMPUTER, INC., ) ) | |
| 27 | Nominal Defendant. ) ) | |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

| | | |
|---|---|---|
| 1 | MICHAEL PRIEBE and CYNTHIA PRIEBE, ) | No. C-06-04703-JF |
| 2 | Plaintiff, ) | |
| 3 | vs. ) | |
| 4 | STEVEN P. JOBS, et al., ) | |
| 5 | Defendants, ) | |
| 6 | -and- ) | |
| 7 | APPLE COMPUTER, INC., ) | |
| 8 | Nominal Defendant. ) | |
| 9 | PHYLLIS JONES, ) | No. C-06-05035-JF |
| 10 | Plaintiff, ) | |
| 11 | vs. ) | |
| 12 | FRED D. ANDERSON, et al., ) | |
| 13 | Defendants, ) | |
| 14 | -and- ) | |
| 15 | APPLE COMPUTER, INC., ) | |
| 16 | Nominal Defendant. ) | |
| 17 | ISABEL LUI, ) | No. C-06-05246-JF |
| 18 | Plaintiff, ) | |
| 19 | vs. ) | |
| 20 | STEVEN P. JOBS, et al., ) | |
| 21 | Defendant, ) | |
| 22 | -and- ) | |
| 23 | APPLE COMPUTER, INC., ) | |
| 24 | Nominal Defendant. ) | |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

| | |
|---|---|
| KELLEY BERGMAN, Derivatively on Behalf of APPLE COMPUTER, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRED D. ANDERSON, et al.,<br><br>    Defendant,<br><br>    -and-<br><br>APPLE COMPUTER, INC.,<br><br>    Nominal Defendant. | No.: C-06-05374-JF |
| ALFRED RONCONI, Derivatively on Behalf of APPLE COMPUTER, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVEN P. JOBS., et al.,<br><br>    Defendant,<br><br>    -and-<br><br>APPLE COMPUTER, INC.,<br><br>    Nominal Defendant. | No. C-06-05389-JF |
| FEIVEL GOTTLIEB, Derivatively on Behalf APPLE COMPUTER, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVEN P. JOBS, et al.,<br><br>    Defendants,<br><br>    -and-<br><br>APPLE COMPUTER, INC.,<br><br>    Nominal Defendant. | No. C-06-05418-RMW |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference

| | | |
|---|---|---|
| 1 | ERICK GULSRUD, Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC., ) ) ) | No. C-06-05427-RS |
| 2 | | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | FRED D. ANDERSON, et al., ) ) | |
| 6 | -and- ) ) | |
| 7 | APPLE COMPUTER, INC., ) ) | |
| 8 | Nominal Defendant. ) ) | |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3)  Continuing Initial Case Management Conference

1   WHEREAS, there are currently at least eleven shareholder derivative actions on behalf of nominal defendant Apple Computer, Inc., ("Apple") pending in the Northern District of California.

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

WHEREAS, the Court has previously determined that all of the Apple derivative actions identified above, with the exception of the *Gottlieb* and *Gulsrud* actions more recently filed, are related pursuant to Local Rule 3-12(a) and all have been assigned to Judge Fogel; and

WHEREAS, the Apple shareholder derivative actions identified above all arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and facts, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, counsel for plaintiffs, nominal defendant Apple, and certain individual defendants have met and conferred and have agreed to a schedule for filing a consolidated complaint and for briefing any motion directed at the consolidated complaint;

WHEREAS, several plaintiffs have filed motions to be appointed lead plaintiff and the motions are scheduled for hearing on October 20, 2006;

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference         1

1  WHEREAS, the parties have met and conferred and believe the interest of judicial economy will be served by continuing the initial case management conference to December 8, 2006 at 10:30 a.m., or as soon thereafter as the Court's calendar permits; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and the identified defendants, through their respective counsel of record, as follows:

## I. CONSOLIDATION OF ACTIONS

1. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal;

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant, et al. v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

2. The caption of these consolidated actions shall be "In re Apple Computer, Inc. Derivative Litigation" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-04128-JF. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference        2

3.      Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE COMPUTER, INC., DERIVATIVE LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>) | Master File No. C-06-04128-JF |

4.      When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "The Document Relates To:" in the caption described above (*e.g.* "No. C-06-04128 JF, *Karant, et al., v. Jobs, et al.").*

5.      A Master Docket and a Master File hereby are established for the above-consolidated proceedings and for all other related cases filed in or transferred to this Court.  Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket for each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.      When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No further copies need be filed, and no other docket entries need be made.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3)  Continuing Initial Case Management Conference        3

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket of each applicable action.

8. When a case which properly belongs as part of *In re Apple Computer, Inc., Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;

(b) Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order by served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

(c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Apple Computer, Inc., Derivative Litigation*.

## II. SCHEDULE

9. The case management conference is continued until December 8, 2006 at 10:30 a.m.

10. The case management statement shall be due on December 1, 2006.

11. Plaintiffs shall, no later than 45 days from the entry of an Order appointing lead plaintiff and lead counsel, file and serve a consolidated complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service shall be effected with respect to any named defendant who has already been served with any of the pre-existing complaints in any of the consolidated actions by serving the consolidated complaint on that defendant's counsel.

12. Each defendant who has been served shall answer or otherwise respond to the consolidated complaint no later than 45 days from the date of service. In the event that defendants file and serve any motions directed at the consolidated complaint, plaintiffs shall file

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference        4

1  and serve their opposition within 30 days after the service of defendants' motions. If defendants
2  file and serve a reply to plaintiffs' opposition, they will do so within 15 days after service of the
3  opposition.

4      13.    Defendants' counsel may rely upon all agreements made with any Lead Counsel
5  appointed by the Court, and such agreements shall be binding on all derivative plaintiffs.
6  Defendants may satisfy their service obligations by serving the Lead Counsel.

7      IT IS SO STIPULATED.

Dated: October 11, 2006

COTCHETT PITRE SIMON & McCARTHY
JOSEPH W. COTCHETT
BRUCE L. SIMON
PHILIP L. GREGORY
MARK C. MOLUMPHY

/s/
MARK C. MOLUMPHY

San Francisco Airport Office Center
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Plaintiff Kelley Bergman

Dated: October 11, 2006

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGER
SEAN HANDLER

/s/
SEAN HANDLER

280 King of Prussia Road
Rador, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER LLP
KATHRYN A. SCHOFIELD
2125 Oak Grove Road, Ste. 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Attorneys for Plaintiffs Nicholas Karant and Alecta
Pensionsforsakring, Omsesidigt

1   I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this
2   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I
3   hereby attest that Sean Handler has concurred with this filing.

4   Dated: October 11, 2006                    LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
5                                               TRAVIS DOWNS
                                                BENNY C. GOOMAN III
6                                               THOMAS WILHELM

7
                                                        /s/
8                                               ————————————————
                                                TRAVIS DOWNS

9                                               655 West Broadway, Ste. 1900
                                                San Diego, CA 92101
10                                              Telephone: (619) 231-1058
                                                Facsimile: (619) 231-7423
11
                                                LERACH COUGHLIN STOIA GELLER
12                                              RUDMAN & ROBBINS LLP
                                                SHAWN A. WILLIAMS
13                                              MONIQUE C. WINKLER
                                                100 Pine Street, Ste. 2600
14                                              San Francisco, CA 94111
                                                Telephone: (415) 288-4545
15                                              Facsimile: (415) 288-4534

16                                              BARRETT, JOHNSTON & PARSLEY
                                                GEORGE E. BARRETT
17                                              DOUGLAS S. JOHNSTON, JR.
                                                TIMOTHY L. MILES
18                                              217 Second Avenue, North
                                                Nashville, TN 37201-1601
19                                              Telephone: (615) 244-2202
                                                Facsimile: (615) 252-3798
20
                                                Attorneys for Plaintiffs Douglas Holbert, Pirelli
21                                              Armstrong Tire Corporation Retiree Medical
                                                Benefits Trust, and Jeffrey Alecci
22
    I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this
23
    STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I
24
    hereby attest that Travis Downs has concurred with this filing.
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference                                                        6

| | |
|---|---|
| Dated: October 11, 2006 | GLANCY BINKOW & GOLDBERG LLP<br>PETER A. BINKOW |
| | _____/s/_____<br>PETER A. BINKOW |
| | 1801 Avenue of the Stars, Ste. 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |
| | CHIMICLES & TIKELLIS LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899-1035<br>Telephone: (302) 656-2500<br>Facsimile: (302) 656-9053 |
| | THE MILLER LAW FIRM, P.C.<br>DAVID H. FINK<br>950 West University Drive, Ste. 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>Facsimile: (248) 652-2852 |
| | Attorneys for Plaintiffs Michael Priebe and Cynthia Priebe |

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Peter A. Binkow has concurred with this filing.

| | |
|---|---|
| Dated: October 11, 2006 | KELLER ROHRBACK LLP<br>JULI E. FARRIS<br>ELIZABETH A. LELAND<br>CARI C. LAUFENBERG |
| | _____/s/_____<br>JULI E. FARRIS |
| | 1201 Third Avenue, Ste. 3200<br>Seattle, WA 98101-3052<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384 |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference            7

```
                              KELLER ROHRBACK PLC
                              GARY A. GOTTO
                              National Bank Plaza
                              3101 North Central Avenue, Ste. 900
                              Phoenix, AZ 85012
                              Telephone: (602) 248-0088
                              Facsimile: (602) 248-2822

                              LOVITT & HANNAN, INC.
                              RONALD LOVITT
                              J. THOMAS HANNAN
                              HENRY I. BORNSTEIN
                              900 Front Street, Ste. 300
                              San Francisco, CA 94111
                              Telephone: (415) 362-8769
                              Facsimile: (415) 362-7528

                              LOCKRIDGE GRINDAL NAUEN, PLLP
                              KAREN HANSON RIEBEL
                              100 Washington Avenue, So., Ste. 2200
                              Minneapolis, MN 55401
                              Telephone: (612) 339-6900
                              Facsimile: (612) 339-0981

                              Attorneys for Plaintiff Phyllis Jones
```

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B., I hereby attest that Juli E. Farris has concurred with this filing.

Dated: October 11, 2006          SCOTT + SCOTT LLC
                                 ARTHUR L. SHINGLER III


                                          /s/
                                 ─────────────────────────
                                    ARTHUR L. SHINGLER

                                 600 B Street, Ste. 1500
                                 San Diego, CA 92101
                                 Telephone: (619) 233-4565
                                 Facsimile: (619) 233-0508

                                 SCOTT + SCOTT LLC
                                 DAVID R. SCOTT
                                 108 Norwich Avenue
                                 P.O. Box 192
                                 Colchester, CT 06415
                                 Telephone: (860) 537-5537
                                 Facsimile: (860) 537-4432

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference          8

```
                              SCOTT + SCOTT LLC
                              GEOFFREY M. JOHNSON
                              33 River Street
                              Chagrin Falls, OH 44022
                              Telephone: (440) 247-8200
                              Facsimile: (440) 247-8275

                              Attorneys for Plaintiff Isabel Lui
```

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B., I hereby attest that Arthur R. Shingler has concurred with this filing.

```
Dated: October 11, 2006        LIEFF, CABRASER, HEIMANN & BERNSTEIN,
                               LLP
                               RICHARD M. HEINMANN
                               ELIZABETH J. CABRASER
                               JOY A. KRUSE
                               BRUCE W. LEPPLA
                               PETER E. LECKMAN


                                           /s/
                                       JOY A. KRUSE

                               Embarcadero Center West
                               275 Battery Street, 30th Floor
                               San Francisco, CA 94111
                               Telephone: (415) 956-1000
                               Facsimile: (415) 956-1008

                               GREENFIELD & GOODMAN LLC
                               RICHARD D. GREENFIELD
                               7426 Tour Drive
                               Easton, MD 21601
                               Telephone: (410) 745-4149

                               Attorneys for Plaintiff Alfred Ronconi
```

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X, B., I hereby attest that Joy Kruse has concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference                              9

| | |
|---|---|
| Dated: October 11, 2006 | KELLER GROVER LLP<br>JEFFREY F. KELLER<br><br>_____/s/_____<br>JEFFREY F. KELLER<br><br>425 Second Street, Ste. 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br><br>ZIMMERMAN LEVI & KORSINSKY LLP<br>Edward Korsinsky<br>39 Broadway, Ste. 1601<br>New York, NY 10006<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171<br><br>Attorneys for Plaintiff Feivel Gottlieb |

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Jeffrey F. Keller has concurred with this filing.

| | |
|---|---|
| Dated: October 11, 2006 | THE GARCIA LAW FIRM<br>STEPHEN M. GARCIA<br>SARINA HINSON<br><br>_____/s/_____<br>SARINA HINSON<br><br>One World Trade Center, Ste. 1950<br>Long Beach, CA 90831<br>Telephone: (562) 216-5270<br>Facsimile: (562) 216-5271<br><br>SEGAL MCCAMBRIDGE SINGER &<br>MAHONEY, LTD<br>STEVEN A. HART<br>One IBM Plaza, Ste. 200<br>330 North Wabash<br>Chicago, IL 60611<br>Telephone: (312) 645-7912<br>Facsimile: (312) 645-7711<br><br>Attorneys for Plaintiff Erick Gulsrud |

I, Mark C. Molumphy, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Sarina Hinson has concurred in this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3)  Continuing Initial Case Management Conference      10

| | |
|---|---|
| Dated: October 11, 2006 | O'MELVENY & MYERS LLP<br>GEORGE A. RILEY<br>LUANN L. SIMMONS<br>DALE EDMONDSON |
| | _____/s/_____<br>DALE EDMONDSON |
| | 275 Battery Street, Ste. 2600<br>San Francisco, CA 94111-3305<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| | Attorneys for Nominal Defendant Apple Computer, Inc., and Defendants Fred D. Anderson, James J. Buckley, Robert Calderoni, William V. Campbell, Timothy D. Cook, Guerrino De Luca, Ian Diery, Millard Drexler, Daniel L. Eilers, Lawrence J. Ellison, Frederick Forsyth, Albert Gore, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, Mitchell Mandich, Peter Oppenheimer, Jonathan Rubenstein, Avadis Tevanian, Jr., and Jerome B. York |

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSE. In compliance with General Order 45, X, B., I hereby attest that Dale Edmondson has concurred with this filing.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ___10/13/06___.    _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference        11